IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **ST. PAUL FIRE AND MARINE INSURANCE COMPANY,** § § | |
| Plaintiff, § | |
| § | **CIVIL ACTION NO. MO:24-CV-00206** |
| **v.** § | |
| § | |
| **NEWKUMET EXPLORATION, INC. AND NEI, LTD.,** § § | |
| Defendants. § | |

## ORDER GRANTING AGREED NOTICE OF DISMISSAL WITH PREJUDICE

**ON THIS DAY CAME** Plaintiff St. Paul Fire and Marine Insurance Company and Defendants Newkumet Exploration, Inc. and NEI, Ltd.'s Agreed Notice of Dismissal with Prejudice. The Court, having considered the Agreed Notice, **HEREBY ORDERS** that:

1. All claims and counterclaims that were, or could have been, asserted in the above-styled action are Dismissed with Prejudice;

2. Each party shall bear its own costs, fees, and expenses; and

3. Each party waives all rights of appeal.

It is so **ORDERED**.

**SIGNED** this 3rd day of January, 2025.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE